**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| DIANE FALCO | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | Civil No. 2018-CA-007141 B |
| | : | Judge Jackson |
| WASHINGTON METROPOLITAN AREA | : | |
| TRANSIT AUTHORITY | : | Next Event: Initial Conf. |
| 600 5th Street, N.W. | : | January 11, 2018 at 9:30 a.m. |
| Washington, DC 20001 | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Defendant Washington Metropolitan Area Transit Authority (WMATA) hereby gives notice that it has removed this entire case to the U.S. District Court for the District of Columbia on November 27, 2018. That Court has assigned it Case No. 18-2766. The case was removed pursuant to, inter alia, Section 81 of the WMATA Compact, reprinted at D.C. CODE §9-1107.01 (81) (2017).

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was electronically filed and mailed, first class, postage prepaid, this 26th day of November 2018, to:

Michael C. Robinett
Matthew P. Tsun
Simeone & Miller, LLP
1130 Connecticut Ave., Suite 350
Washington, D.C.   20036

/s/    Nicholas L. Phucas
Nicholas L. Phucas #475163